BEFORE THE FIRST DIVISION, MAY 10, 1944

**No. 49402.**—Protest 107828–K of Somerset Importers, Ltd. (New York).

Opinion by OLIVER, P. J. The collector's letter and statement of goods remaining in warehouse on the effective date of said trade agreement were admitted in evidence without objection by the Government. Inasmuch as the record showed that the bottles in question were in warehouse on the effective date of said trade agreement, the claim at ¼ cent per pound was sustained.